# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Anthony Ayiomamitis,<br><br>            Plaintiff,<br><br>   v.<br><br>The Colossal Shop, Inc.,<br><br>            Defendant. | Case No. 21-cv-00986<br>Judge Gary Feinerman<br>Magistrate |

## AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
## THE COLOSSAL SHOP, INC. TO ANSWER OR OTHERWISE PLEAD

Defendant The Colossal Shop, Inc. ("Colossal"), by and through the undersigned counsel, hereby requests and additional 21 days, through and including April 12, 2021 to file an answer or other responsive pleading to plaintiff Anthony Ayiomamitis' ("Plaintiff") complaint. In support of its motion, Colossal states as follows:

1. Colossal was served with Plaintiff's complaint on March 1, 2021.

2. Pursuant to Fed. R. Civ. P. 12, Colossal's responsive pleading is due on March 22, 2021, 21 days following service.

3. Natalie A. Harris, counsel for Colossal, was recently retained and filed an appearance on Colossal's behalf on March 19, 2021.

4. Upon reviewing Plaintiff's counsel, counsel for Colossal determined that she needed additional time to prepare a responsive pleading.

5. On March 22, 2021, Ms. Harris reached out to Plaintiff's counsel Craig Barshay seeking his consent to a proposed 21 days extension of the responsive pleading deadline, through and including April 12, 2021.

6. Mr. Barshay provided his consent to the requested extension.

7. Colossal is not seeking the extension for purposes of delay, and neither party will be prejudiced by the granting of the requested extension.

WHEREFORE, The Colossal Shop, Inc. respectfully requests that this Court enter an order granting the requested 21 day extension and extending Colossal's deadline to file a responsive pleading through and including April 12, 2021.

| | |
|---|---|
| Natalie A. Harris<br>**BARON HARRIS HEALEY**<br>225 W. Washington St.<br>Ste. 2200<br>Chicago, Illinois 60606<br>(312) 741-1028<br>nharris@bhhlawfirm.com | Respectfully submitted,<br><br>**THE COLOSSAL SHOP, INC.**<br><br>By:_____<br>One of their attorneys |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused this Agreed Motion for Extension of Time for Defendant The Colossal Shop, Inc. to Answer or Otherwise Plead to be filed and served upon counsel listed below via the Court's ECF system:

Craig B. Sanders
**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
(516) 203-7600
csanders@barshaysanders.com
*Counsel for Plaintiff*

_____
Natalie A. Harris